Adv Proc No: **20-6068**

Plaintiff v Defendant

# CERTIFICATE OF SERVICE

I, **Jennifer F. Wertz**, certify that service of this summons and a copy of the complaint was made **August 7, 2020** by:

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
    Healthcare Trust
    CSC - Lawyers Incorporating Service
    7 St. Paul Street, Suite 820
    Baltimore, Maryland 21202

    Healthcare Trust
    200 Dryden Road, Suite 1100
    Dresher, PA 19025

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date **08/07/2020**     Signature **/s/ Jennifer F. Wertz**

Print Name: **Jennifer F. Wertz**

Business Address: Jackson Walker LLP
    100 Congress Avenue, Suite 1100
    Austin, TX 78701