IN THE UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LITTLE RIVER HEALTHCARE | § | CASE NO. 18-60526-RBK |
| HOLDINGS, LLC, ET AL.,[2] | § | |
| | § | CHAPTER 7 |
| Debtors. | § | |
| JAMES STUDENSKY, CHAPTER 7 | § | |
| TRUSTEE, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | ADV. PRO. NO. 20-06068 |
| | § | |
| | § | |
| HEALTHCARE TRUST, INC. F/K/A | § | |
| AMERICAN REALTY CAPITAL | § | |
| HEALTHCARE TRUST II AND ARHC | § | |
| SCTEMTX01, LLC | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41(a), James Studensky, Chapter 7 Trustee in the above-captioned chapter 7 cases (the "Plaintiff"), and Healthcare Trust, Inc. f/k/a American Realty Capital Healthcare Trust II and ARHC SCTEMTX01, LLC (the "Defendants," and together with the Trustee, the "Parties"), hereby stipulate that the above-captioned adversary proceeding is dismissed with prejudice to refiling same, based upon the terms of that certain Settlement Agreement and Mutual Release executed by the Parties and dated as of September 21, 2021. Each Party shall bear its own costs and expenses.

---

[2] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Compass Pointe Holdings, LLC (1142), Little River Healthcare Holdings, LLC (7956), Timberlands Healthcare, LLC (1890), King's Daughters Pharmacy, LLC (7097), Rockdale Blackhawk, LLC (0791), Little River Healthcare - Physicians of King's Daughters, LLC (5264), Cantera Way Ventures, LLC (7815), and Little River Healthcare Management, LLC (6688)

Dated: October 21, 2021

          **JACKSON WALKER LLP**
          100 Congress Avenue, Suite 1100
          Austin, TX 78701
          (512) 236-2000 – Telephone
          (512) 236-2002 – Facsimile

          /s/ *Vienna F. Anaya*
          Jennifer F. Wertz
          State Bar No. 24072822
          (512) 236-2247 – direct dial
          (512) 391-2147 – direct fax
          Email: jwertz@jw.com

          Vienna F. Anaya
          State Bar No. 24091225
          2323 Ross Avenue, Suite 600
          Dallas, TX 75201
          (214) 953-6047 – direct dial
          (214) 661-6647 – direct fax
          Email: vanaya@jw.com

          **COUNSEL FOR JAMES STUDENSKY,**
          **CHAPTER 7 TRUSTEE**

Executed on this the 21st day of October, 2021

**DICKINSON WRIGHT PLLC**
1850 N. Central Avenue, Suite 1400
Phoenix, AZ 85004
(602) 285-5006
(844) 670-6009

*/s/ William L. Novotny*
William L. Novotny
Arizona State Bar No. 004239
Email: wnovotny@dickinsonwright.com

**COUNSEL FOR THE DEFENDANTS**
4842-9853-3372 v4 [59857-193]